UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

v

MERABI TITANIDZE

-------------------------------------------------X

ORDER
CR05-27   (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 17 2005 ★
BROOKLYN OFFICE

The petition for an order of removal of petitioner, who is still serving a prison sentence, is dismissed. There is no jurisdiction. The hearing scheduled for March 10, 2006 is cancelled.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 2/14/06

